## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Jose Angel Villalobos-Rodriguez, | ) | Case No. M4-05-063 |
| | ) | |
| Defendant. | ) | |

It is hereby **ORDERED** that a preliminary hearing be scheduled for <u>Monday, November 28, 2005, at 2:30 p.m. (Central Time</u>) at the Federal Building and U.S. Courthouse in Bismarck, North Dakota (Courtroom #2).  As an aside, it should be noted that the court granted the government's motion to detain the defendant pending transfer to the Southern District of California in Case No. M4-05-062.

Dated this 22nd day of November, 2005.


/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge