**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | **ORDER RE WAIVER OF PRELIMINARY HEARING** |
| vs. | ) | |
| Jose Angel Villalobos-Rodriguez, | ) | Case No. M4-05-063 |
| Defendant. | ) | |

A preliminary hearing was held on November 28, 2005, in Bismarck, North Dakota. AUSA Scott Schneider appeared on behalf of the government. Attorney William Schmidt appeared on the defendant's behalf. The defendant is charged in a Complaint with Reentry of a Removed Alien in violation of 18 U.S.C. §§ 1326(a) and (b)(1).

At the outset of the hearings, the defendant advised the court that he wished to waive his right to a preliminary hearing. Given the defendant's answers to the court's queries, the court finds that the defendant's waiver of his right to a preliminary hearing was made knowingly, intelligently, and with the advise of counsel. The court therefore **ORDERS** that the defendant be bound over to the United States District Court to answer to the charges set forth in the Complaint.

Dated this 29th day of November, 2005.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge